# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:19-cv-04698-DSF-KES                  Date: January 27, 2020

Title: JESUS JIMENEZ VALLADARES v. ANDREW SAUL, Commissioner of Social Security

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**      Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute

In May 2019, Jesus Jimenez Valladares ("Plaintiff"), who is represented by attorney Suzanna C. Leidner, filed this action seeking review of the Commissioner's denial of Social Security benefits. (Dkt. 1.) The Court entered a Case Management Order providing that, within 35 days of the filing of the answer, Plaintiff shall provide Defendant with his portion of the joint submission. (Dkt. 9 at 2.) The Commissioner's answer was filed on October 22, 2019 (Dkt. 14), which made Plaintiff's portion of the joint submission due on November 26, 2019. As of January 21, 2020, Defendant had not received Plaintiff's portion of the joint submission. (Dkt. 16.)

IT IS HEREBY ORDERED that, **on or before February 7, 2020**, Plaintiff shall file a response to this order to show cause explaining why this case should not be dismissed for want of prosecution and/or failure to follow the Court's orders.

Initials of Deputy Clerk JD