1
2
3                                                          JS-6
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11   JESUS J. V.,                          Case No.  2:19-CV-04698 DSF (KES)
12                    Plaintiff,
13        v.
14   ANDREW M. SAUL, Commissioner          **JUDGMENT**
15   of Social Security,
16                    Defendant.

17

18        Pursuant to the Court's Order Dismissing Action for Want of Prosecution,
19        IT IS ADJUDGED that this action is dismissed without prejudice.
20
21
22   DATED:  December 1, 2020
23                                         _____
24                                         Honorable Dale S. Fischer
                                           UNITED STATES DISTRICT JUDGE
25
26
27
28